JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PAUL CARLSTROM,<br>Petitioner,<br>v.<br>RAFAEL ACEVEDO, Warden, et al.,<br>Respondent. | Case No. 8:25-cv-02888-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: November 16, 2026

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE